(PETITION HABEAS CORPUS)

UNITED STATES DISTRICT COURT - CO CA ("COURT")

PAUL HUPP V ROB BONTA (CA AG)

CASE: 21-CV-01670 RSWL (MAR)

FILED
CLERK, U.S. DISTRICT COURT
12/07/21
CENTRAL DISTRICT OF CALIFORNIA
BY:    eb    DEPUTY

SUPPLEMENTAL HABEAS CORPUS ("HC") BRIEF, FACTUAL INNOCENCE

PAUL HUPP ("HUPP") SUPPLEMENTS HIS HC BRIEF FILED ON 9-28-2021, BASED ON POSSIBLE STATUTE OF LIMITATIONS ("SOL") AND FAILURE TO EXHAUST STATE REMEDIES.

HUPP'S SOL PROBLEMS ON FILING HC WITH COURT APPROXIMATLY EIGHT (8) DAYS PAST THE SOL ARE EXCUSABLE AS HUPP WAS IN STATE/COUNTY CUSTODY SINCE 9-7-21 AND COUNTY BLOCKED HUPP FROM TIMELY FILING HIS HC, DUE TO LACK OF RESOURCES, PENCIL, PAPER, ENVELOPE AND POSTAGE.

HUPP HAD ALSO FAILED TO FILE A HC BRIEF WITH THE CA DISTRICT COURT APPEAL ("DCA") OR THE CA SUPREME COURT ("CSC"). HUPP FILED HC IN BOTH COURTS IN OCTOBER 2021. BECAUSE COURT MAY FIND HUPP'S SOL ISSUE AS EXCUSIBLE, THE LATE FILING OF HC AT DCA AND CSC MAY BE VIEWED AS FATAL, SO HUPP ALSO RAISES A "FACTUAL INNOCENCE" CLAIM, WHICH CAN DEFEAT THE SOL AND FAILURE TO EXHAUST ISSUES.

Hupp V Bonta    21-CV-01670 RSWL (MAR)

## FACTUAL INNOCENCE (FI")

FI WAS NOT RAISED AT TRIAL OR ON APPEAL, OVER
Hupp's DEMANDS. FI WAS/IS AN EXEMPTION
TO THE STRICT LIMITATIONS IMPOSED ON H C
PETITIONS TODAY

IN Hupp's CASE FI IS A BAR TO ANY AND ALL
OF HIS CRIMINAL CHARGES. Hupp COMMITTED NO
CRIME BY OPERATING A MOTOR VEHICLE IN FULL
COMPLIANCE WITH THE CV CODE ("V.C."), WHILE
THE ALLEGED VICTIM WAS UNLAWFULLY, ON HIS OWN
VOLITION, OBSTRUCTING A ROADWAY, A "ROAD
HAZZARD". UNDER THE FACTS, All ON VIDEO, THERE
IS NO MENS REA, INTENT, ACTUS REYS OR CRIME.
Hupp IS FACTUALLY INNOCENT, AND IS ENTITLED TO
RELIEF. SCHLUP V DELO, 513 US 298 (1995)(EXCEPTION TO
AEDPA'S SOL PERIOD/S.) Hupp INVITES COURT TO VIEW
THE VIDEO OF THE CASE.
I, PAUL Hupp, DECLARE PENALTY PERJURY ABOVE IS
TRUE & CORRECT.
EXECUTED 12-1-2021   BANNING CA



PAUL HAIR
1621 E HARGRAVE ST.
SAN BING  CA 92220

(MAIL)

EDGAR, FILED

SN BERNARDINO CA 923

CIVIL CLERK
U.S. DISTRICT
3 DEC 2021 PM 4 L
COURT

CIVIL CLERK
U.S. DISTRICT COURT
255 EAST TEMPLE ST.
LOS ANGELES CA
90012

9F00l2-333448