1 of 1

12-20-2021

UNITED STATES DISTRICT COURT

Paul Hupp

CASE: 21-CV-1670 RSWL (MAR)

FILED
CLERK, U.S. DISTRICT COURT
DEC 23 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

MOTION TO RULE ON HABEAS CORPUS PETITION BASED ON FACTUAL INNOCENCE

Hupp had not exhausted his state remedies when he filed the current Habeas Corpus petition, which was filed late due to the fact Hupp was in Riverside County Jail with no resources. Hupp filed HC with the CA District Court Appeal 4/2 and CA Supreme Court, in October of 2021. To date the two (2) courts have not responded and Hupp moves to have this court treat that as a denial.

Hupp's argument is his actions are not unlawful and he is factually innocent.

Paul Hupp
12-20-21

[signature]

Paul Hurd
7 S. Hargrave ST
[illegible], CA 92405

SN BERNARDINO CA 923
21 DEC 2021 PM 4 L

Legal Mail

United States District Ct.
255 East Temple ST - Clerk
Los Angeles CA
MAR 90012

90012-333432