CLERK,

PLEASE UPDATE MY MAILING ADDRESS IN

OPEN HABEAS CORPUS CASE, AND SEND ME ANYTHING

THAT HAS BEEN ENTERED SINCE 1-20-2022.

→ Hupp V Bonta, 21-CV-01670 RSWL (MAR)

I ALSO MAILED IN A NEW COMPLAINT, AND HAVE NOT

RECEIVED ANYTHING ON IT SO FAR. CAN YOU PLEASE

UPDATE ME ON ANYTHING IN THAT CASE.

THANK YOU

PAUL HUPP
9500 ETIWANDA
RANCHO CUCAMONGO  CA  91739
2-22-2022



PAUL HUPP
9500 LEXINGTON AVE
RANCHO CUCAMONGA CA
91739

LEGAL
MAIL

BK# 22034/0831

22034/0831

UNITED STATES DISTRICT COURT

255 E. TEMPLE STREET
LOS ANGELES CA 90012

90012

SANTA ANA CA  926
25 FEB 2022  PM 3
CLERK

FEB 28 2022

90012-333299

LEGAL MAIL

MAR

FOREVER / USA