5-2-2022   U.S. DISTRICT COURT - CEN. DIST CA ("COURT")
21-CV-1670 RSWL (MAR)
Hupp v Bonta

<u>RENEWED MOTION TO AUGMENT RECORD</u>

PER THE COURT'S 4-20-2022, "MINUTE ORDER" DENYING Hupp'S MOTION TO AUGMENT THE RECORD - Hupp'S REQUESTS COURT TO RECONSIDER VIA THIS RENEWED MOTION. THE VIDEOS WERE THE CASE, THE CASE COULD NOT HAVE BEEN FILED WITHOUT THE VIDEOS. THE PEOPLE HAVE THE VIDEOS. Hupp CANNOT ESTABLISH FACTUAL INNOCENCE WITHOUT THE VIDEOS. Hupp AGAIN ASKS COURT TO ORDER PRODUCTION OF THE TWO (2) VIDEOS. Hupp CANNOT PREVAIL WITHOUT THE VIDEOS.

SUBMITTED,

PAUL HUPP
9500 ETIWANDA AVE
RANCHO CUCAMONGA CA 91739

| Short Title: | Court Case No: |
|---|---|
| Hupp V Bonta | 21-CV-01670 RSWL (MAR) |

# Proof of Service By Mail

I am over the age of 18 and a party / not a party (mark one out) to the cause.

I am a resident of or employed in the county where the mailing occurred. My residence or business address is (specify): 9500 ETIWANDA AVE R.C. CA 91739

1) "RENEWED MOTION TO AUGMENT THE RECORD"

I served the attached:

By enclosing true copies in a sealed envelope addressed to each person whose name and address is given below and depositing the envelopes in the United States mail with the postage fully prepaid.

1) Date of deposit: 5-2-22

2) Place of deposit (city and state): RANCHO CUCAMONGA CA

NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED:

1) CA AG, P.O. Box 85266 SAN DIEGO CA 92186

I certify under penalty of perjury that the foregoing is true and correct.

Date: 5-2-2022

▶ JOEY JOHNSON
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF DECLARANT)

[Envelope image]

From:
[illegible] Rupp
Zamora Ave
91739

Postmark: SANTA ANA CA 925, 2 MAY 2022 PM 1 L

To:
LEGAL MAIL
U.S. DISTRICT COURT - CLERK
255 EAST TEMPLE STREET
LOS ANGELES CA 90012

90012-333299

Stamp: RECEIVED, CLERK, U.S. DISTRICT COURT, MAY -4 2022, CENTRAL DISTRICT OF CALIFORNIA, BY ___ DEPUTY