AUGUST 5, 2022

Hupp V Bonta
21-CV-01670-RSWL (MAR)



CHANGE OF ADDRESS

DEAR CLERK -

PLEASE CHANGE MY MAILING ADDRESS TO:
PAUL HUPP - BS 8614, BB-2, 115  (BS 8614, BB-2, 115)
P.O. BOX 5500
WASCO CA 93280

Paul Hupp

PLEASE FORWARD ANY ORDERS MAILED AFTER 7-10-22.
THANK YOU



PAIR HUPP-BB854/14
P.O. BX 5500
WASCO CA 93280

SANTA CLARITA CA 913
8 AUG 2022 PM 4 L

UNITED STATES DISTRICT COURT
255 E. TEMPIL STREET
LOS ANGELES CA
90012

90012-233299