UNITED STATES DISTRICT COURT

CENTRAL DIST. OF CA

Hupp v Bonta

U.S.D.C. CASE 21-CV-01670 RSWL (MAR)

## MOTION TO EXTEND TIME

PAUL HUPP HAS BEEN UNABLE TO FILE A REPLY TO THE MAGISTRATE JUDGES R+R DUE TO CIRCUMSTANCES BEYOND HIS CONTROL AND MOVES COURT TO EXTEND TIME TO FILE HIS OBJECTIONS TO THE R+R UP TO AND INCLUDING OCTOBER 24, 2022.

PAUL HUPP
P.O. BOX 4400
WASCO CA 93280

# PROOF OF SERVICE BY MAIL

(Cal. Code of Civ. Pro. §1013, FRCivP 5(b) (2) (C), FRAP 25(c) (1) (A))

I, PAUL Hupp, declare that I placed a true and correct copy of the following documents(s):

1) MOTION TO EXTEND TIME

In a fully first-class postage paid envelope and addressed it to:

1) CA AG 600 W. Broadway #1800
   San Diego CA 92101

I further declare that I followed institutional procedures for the processing of outgoing legal mail and turned the sealed envelope over to prison officials for mailing on the date below.

The foregoing is true and correct under penalty of perjury.
Executed by PAUL Hupp
Print Inmate name and CDCR #

this 1 day of SEPTEMBER, 2022 at Wasco State Prison, Wasco, CA 93280

Paul Hupp
Inmate/Declarant signature

Proof of Service, Case No.: U.S.D.C. CD CA 21-CV-01670 RSWL (MAR)

(Attach to document)

**Return Address**

**Wasco State Prison - Reception Center**
Name: _____ CDCR#: BS 564_
Facility: _____ Bldg.: _____ Cell: ___
P.O. Box: _____
Wasco, CA 93280

**Inmate Indigent Mail**

MAR

Confidential

RECEIVED
CLERK, U.S. DISTRICT COURT

SEP − 6 2022

CENTRAL DISTRICT