US DISTRICT COURT
CENTRAL DISTRICT CALIF.

FILED
CLERK, U.S. DISTRICT COURT
NOV 30 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

PAUL HUPP V ROB BONTA
21-CV-01670-RSWL-(MAR)

PAUL HUPP'S OMNIBUS MOTION (1) EXTEND TIME; (2) SUBSTITUTE "BONTA" IN PLACE OF "WARDEN"; (3) CHANGE MAILING ADDRESS

PAUL HUPP MOVES THE COURT TO EXTEND TIME BY 60 DAYS DUE TO HOLIDAYS AND LACK OF A LAW LIBRARY TO CONDUCT LEGAL RESEARCH. PAUL HAS ASKED FOR, AND BEEN GRANTED, TWO (2) PRIOR EXTENSIONS. PAUL IS IN CDCR, WHO DO HAVE LAW LIBRARIES BUT PAUL HAS BEEN UNABLE TO ACCESS THEM FOR MORE THAN 1 HOUR PER MONTH.

PAUL MOVES COURT TO SUBSTITUTE "ROB BONTA" AS RESPONDENT. BONTA, AS CA ATTORNEY GENERAL, IS AN APPROPRIATE PARTY FOR RELIEF.

LAST, PAUL MOVES COURT TO CHANGE HIS MAILING ADDRESS TO CA REHABILITATION CENTER, P.O. BOX 3535, NORCO CA 92860.

PAUL HUPP (BS-8614)
NOVEMBER 23, 2022

# PROOF OF SERVICE BY MAIL

(Cal. Code of Civ. Pro. §1013, FRCivP 5(b) (2) (C), FRAP 25(c) (1) (A))

I, __WAYNE SWANSON__, declare that I placed a true and correct copy of the following documents(s):

"PAUL HUPP'S OMNIBUS MOTION: (1) EXTEND TIME;
(2) SUBSTITUTE "BONTA" IN PLACE OF "WARDEN";
(3) CHANGE MAILING ADDRESS"

In a fully first-class postage paid envelope and addressed it to:

(1) ATTORNEY GENERAL OF CA, 600 W. BROADWAY #1800
SAN DIEGO CA 92101

I further declare that I followed institutional procedures for the processing of outgoing legal mail and turned the sealed envelope over to prison officials for mailing on the date below.

The foregoing is true and correct under penalty of perjury.
Executed by __WAYNE SWANSON__
Print Inmate name and CDCR #

this __23__ day of __NOVEMBER__, 20__22__ at ~~Wasco State Prison, Wasco, CA 93280~~ CA REHAB CTR. NORCO 92860

__W. Swan__
Inmate/Declarant signature

Proof of Service, Case No.: __21-CV-01670-RSWL-(MAR), Hupp v Bonta__

(Attach to document)



Return address: Isauc Hugo PS 8614, CRC P.O. Box 3535, Norco CA 92860

LEGAL MAIL CONFIDENTIAL

Addressee: U.S. District Court – Clerk, 255 E. Temple Street, Los Angeles, CA 90012

LEGAL MAIL — 28 NOV C-R-G STATE PRISON, SANTA ANA CA 926

RECEIVED CLERK U.S. DISTRICT COURT NOV