'O'

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUPP,<br><br>          Petitioner,<br><br>     v.<br><br>WARDEN,<br><br>          Respondent. | EDCV 21-1670-RSWL-MAR<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** [30]; **AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition") [1], records on file herein, and the Report and Recommendation of the United States Magistrate Judge [30]. Further, as required by Federal Rule of Civil Procedure 72(b)(3), the Court has engaged in *de novo* review of the portions of the Report and Recommendation to which Petitioner specifically has objected [48].

A.  **The Petition**

Petitioner's objections lack merit for the reasons

1

stated in the Report and Recommendation.  Having considered the Petition [1], Respondent's Answer to the Petition ("Answer") [22], the papers filed in connection with the Answer [24, 29], and Petitioner's Objections to the Report and Recommendation [48], the Court finds no defect of law, fact, or logic in the Report and Recommendation.  To be clear, Petitioner has no state remedies available to him and his claim is procedurally barred.  See Cooper v. Neven, 641 F.3d 322, 327 (9th Cir. 2011).  Furthermore, Petitioner cannot overcome the procedural default because his ineffective assistance of counsel claim is meritless.  See Carter v. Ryan, No. CV 17-04105-PHX-DGC (MHB), 2019 U.S. Dist. LEXIS 143781, at *20 (D. Ariz. Aug. 22, 2019).  Therefore, the Petition is **DENIED**.

**B.   The Certificate of Appealability**

Under the Antiterrorism and Effective Death Penalty Act of 1996, a state prisoner seeking to appeal a district court's final order in a habeas corpus proceeding must obtain a Certificate of Appealability ("COA") from the district judge or a circuit judge.  28 U.S.C. § 2253(c)(1)(A).  A COA may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate

1 to deserve encouragement to proceed further." Miller-El
2 v. Cockrell, 537 U.S. 322, 327 (2003).
3      Here, reasonable jurists could not debate the
4 Court's ruling that Petitioner's claims are procedurally
5 defaulted.  Therefore, the CAO is **DENIED**.

Accordingly, **IT IS ORDERED THAT**:
1. Petitioner's objections are overruled; and
2. The Report and Recommendation of the Magistrate Judge is accepted; and
3. The Certificate of Appealability is denied; and
4. Judgment is entered denying the Petition and dismissing this Action with prejudice.

**IT IS SO ORDERED.**

DATED: March 13, 2023         /s/Ronald S.W. Lew
                              **HONORABLE RONALD S.W. LEW**
                              Senior U.S. District Judge