**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUPP,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　Respondent. | 5:21-cv- 01670-RSWL-MAR<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　**IT IS HEREBY ADJUDGED** that this Action is dismissed with prejudice.

DATED: March 13, 2023　　　　/s/Ronald S.W. Lew
　　　　　　　　　　　　　　**HONORABLE RONALD S.W. LEW**
　　　　　　　　　　　　　　Senior U.S. District Judge