

**FILED**

APR 24 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PAUL HUPP,<br><br>　　　　　Petitioner-Appellant,<br><br>　v.<br><br>ROB BONTA, California Attorney General,<br><br>　　　　　Respondent-Appellee. | No.　23-55337<br><br>D.C. No.<br>5:21-cv-01670-RSWL-MAR<br>Central District of California,<br>Riverside<br><br>ORDER |

Before:  PAEZ, WATFORD, and FORREST, Circuit Judges.

　　This court has reviewed the notice of appeal and accompanying documents filed April 5, 2023 in the above-referenced district court docket pursuant to the pre-filing review order entered in Docket No. 11-80041.  Appeal No. 23-55337 will be permitted to proceed as a request for a certificate of appealability ("COA").

　　This court will rule on the request for a COA in a later order.  At that time, any pending motions will be addressed and, if appropriate, a briefing schedule will be set.

DA/Pro Se